# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 6, 2020

## NO. 03-19-00835-CR

**Ex parte Bo Dresner**

**APPEAL FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the order denying habeas corpus relief entered by the trial court. Appellant has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows appellant to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.